TO: Clerk of Court

Please prepare Summons for the following defendant

1) Mortgage Amenities Corporation
Ken Ryan, President
25 Blackstone Valley Pl #201
Lincoln, RI 02865

2) M&T Bank
CEO - Robert Vilmers
One M&T Plaza [ P.O. Box 767
Buffalo, NY 14203    Buffalo, NY 14240 ]

3) Ginnie Mae Corporation
Michael R Bright COO
751 7th St. SW. Room B-133
Washington, D.C. 20410

One ↑ M